IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| **FRANCISCO CAPISTRAN** § | |
|     Plaintiff § | |
| § | |
| VS. § | CIVIL ACTION NO. 1:16-cv-00043-MAC |
| § | |
| **ALLSTATE INSURANCE COMPANY** § | |
|     Defendant § | |

**PLAINTIFF'S NOTICE OF SETTLEMENT TO COURT**

Plaintiff, Francisco Capistran, files this notice of settlement. Plaintiff and Defendant have resolved their differences and are notifying the Court of this Settlement Agreement.

Plaintiff and Defendant anticipate filing closing papers with the Court within thirty (30) days.

Respectfully submitted,

/*s/ John Pat Parsons*
John Pat Parsons
Texas State Bar No. 24065876
jparsons@llptx.com
**Lindsay, Lindsay & Parsons**
710 North 11th Street
Beaumont, Texas 77702
409/833-1196
409/832-7040 (Fax)

**ATTORNEY FOR PLAINTIFF,
FRANCISCO CAPISTRAN**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument has been served on the following by U.S. mails, postage prepaid and/or certified mail, return receipt requested and/or facsimile and/or hand delivery on this   17th   day of       JAN.       , 2017:

| | |
|---|---|
| Bradley K. Jones<br>Douglas D. D'Arche<br>Baker & Hostetler, LLP<br>811 Main Street, Suite 1100<br>Houston, Texas 77002 | *__Via Fax: 713/751-1717__* |
| Joseph J. Aguda, Jr.<br>Nielsen, Carter & Treas, L.L.C.<br>3838 North Causeway Blvd., Suite 2850<br>Metairie, Louisiana 70002 | *__Via Fax: 504/832-9165__* |