## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

**FRANCISCO CAPISTRAN**
    **PLAINTIFF,**

**CIVIL ACTION NO.:**
**1:16-CV-00043-MAC**

**VERSUS**

**ALLSTATE INSURANCE COMPANY**
    **DEFENDANT**

---

### RULE 41(a) JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel of record, comes the Plaintiff, Francisco Capistran (hereinafter "Plaintiff"), and Defendant, Allstate Insurance Company ("Allstate"), who each and all do hereby stipulate and agree that all claims in the above-referenced cause have been resolved and that the above-referenced matter may be dismissed with prejudice, each party to bear its own costs.

WHEREFORE, Plaintiff, Francisco Capistran, and Defendant, Allstate Insurance Company, pray that the Court issue an Order dismissing this matter in full, with prejudice, and with each party to bear its own attorney's fees and costs.

Dated: March 22, 2017.

    Respectfully submitted,

    */s/ Joseph J. Aguda, Jr.*
    Joseph J. Aguda, Jr.
    LA State Bar # 27762
    NIELSEN, CARTER & TREAS, LLC
    3838 N. Causeway Boulevard, Suite 2850
    Metairie, Louisiana 70002
    P: (504) 837-2500
    F: (504) 832-9165
    Email: jaguda@nct-law.com
    Counsel for Defendant: Allstate Insurance Company

        */s/ John Pat Parsons*
        John Pat Parsons
        Barrett Lindsay
        Michael J. Lindsay
        Lindsay, Lindsay & Parsons
        710 N. 11th Street
        Beaumont, TX 77702
        P: (409) 833-1196
        F: (409) 832-7040
        Counsel for Plaintiff: Francisco Capistran