| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

FRANCISCO CAPISTRAN, §
§
    Plaintiff, §
§
versus §  CIVIL ACTION NO. 1:16-CV-43
§
ALLSTATE INSURANCE COMPANY, §
§
    Defendant. §

## ORDER OF DISMISSAL

In accordance with the parties' Rule 41(a) Joint Stipulation of Dismissal with Prejudice (#28), filed March 22, 2017, this action is dismissed in its entirety, with prejudice. Each party shall bear its own costs of court and attorney's fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 23rd day of March, 2017.

*Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE